David Gawf
307 Bishop Avenue
Pacific Grove, CA 93950-9998
Phone: (831) 402-9338
In Pro Per

**FILED**
APR 12 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

RECEIVED
2013 APR -9 PM 4: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA. S.J.

DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| David Gawf<br><br>Plaintiff<br><br>vs.<br><br>County of San Benito in its municipal capacity,<br>San Benito County Sheriff Department in its official<br>and municipal capacity,<br>Sheriff Jason Leist in his official and municipal capacity,<br>Sheriff Tom Keylon in his official and municipal capacity,<br>Sheriff Kip Bowen in his official and municipal capacity,<br>and Does 1-25<br><br>Defendants | Case No.: CV12-00220 HRL<br><br>**STIPULATION AND PROPOSED ORDER OF CONTINUANCE OF DEADLINE FOR PLAINTIFF'S AMENDED PLEADING**<br><br> |

TO THE HONORABLE COURT:

The parties plaintiff, DAVID GAWF, in Pro Se and defendants, COUNTY OF SAN BENITO; SAN BENITO COUNTY SHERIFF DEPARTMENT; DEPUTY JASON LEIST; SERGEANT TOM KEYLON; DEPUTY KIP BOWEN by and through their attorney of record Michael Serverian of Rankin, Landness, Lahde, Serverian and Stock, agrees as follows:

Plaintiff will be away on a prepaid vacation from April 12, 2013 and continuing through April 22, 2013. Plaintiff requests the April 26, 2013 deadline for filing a second amended complaint (per Magistrate Lloyd's order dated April 3, 2013) be continued to May 7, 2013 to give reasonable time to submit an amended pleading in this matter. Defense counsel does not oppose this request.

Plaintiff has filed a notice of unavailability with the court with this notice.

There are no other pending matters before this court.

Dated: 4/9/2013

David Gawf
Pro Se

Dated: 4/09/13

Michael C. Serverian
Attorney for Defendants

The court, having reviewed the Stipulation by and between the parties hereby finds that good cause exists and hereby orders that:

The April 26, 2013 deadline for an amended pleading date is continued to May 7, 2013, to be filed with the United States District Court, located at 280 N. First Street San Jose, CA

Dated: 4/12/13

Magistrate Judge
Howard R. Lloyd