David Gawf
In Pro Per
307 Bishop Ave
Pacific Grove, CA 93950
Telephone: (831) 402-9338
Email: dgawf@yahoo.com

ORIGINAL FILED
MAR 27 2015
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

Filed
APR 03 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ANTHONY GAWF, | ) Case No. CV12-00220 HRL |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) CONTINUE DEADLINE FOR FILING OF |
| | ) JOINT CASE MANAGEMENT STATEMENT |
| Sheriff's Deputy Jason Leist in his official and | ) AND CASE MANAGEMENT CONFERENCE |
| individual capacity, | ) OF APRIL 14, 2015 AND APRIL 21, 2015, |
| Sheriff's Deputy Thomas Keylon in his official | ) RESPECTIVELY TO MAY 26, 2015 AND |
| and individual capacity, | ) JUNE 2, 2015 |
| Sheriff's Deputy Herbert (aka Kip) Bowen in | ) |
| his official and individual capacity, | ) |
| San Benito County Sheriff Department in its | ) |
| official and municipal capacity, | ) |
| County of San Benito in its corporate and | ) |
| municipal capacity, and Does 1-25 | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO THE HONORABLE COURT:

The parties plaintiff, DAVID GAWF, in Pro Per and defendants, COUNTY OF SAN BENITO; SAN BENITO COUNTY SHERIFF DEPARTMENT; DEPUTY JASON LEIST; SERGEANT TOM KEYLON; DEPUTY KIP BOWEN by and through their attorney of record Sujata Reuter of Rankin, Stock, and Heaberlin do hereby agree to stipulate to the resetting of the April 14,

CV 12-002200 HRL    STIPULATION AND ~~PROPOSED~~ ORDER OF CONTINUANCE    Page 1 of 2

2015 deadline to submit a joint case management statement and the subsequent April 21, 2015 case management conference date before the Honorable Howard R. Lloyd.

Good cause exists for resetting the filing of the joint case management statement and subsequently continuing the deadline of the case management conference as Plaintiff has sought out legal assistance through the recommended FLASH program, yet the program is unavailable until the beginning of April 2015 for such cases. Plaintiff requests the date to file the joint case management statement be continued to May 26, 2015 and case management conference reset to June 2, 2015, to give reasonable time to obtain the Court's recommended legal assistance and file the anticipated statement.

Plaintiff has filed a signed declaration in support of this stipulation with the court. There are no other pending matters before this court.

Dated: 3/27/15

_____
David Gawf
Pro Se

Dated: 3/25/15

_____
Sujata Reuter
Attorney for Defendants

The court, having reviewed the Stipulation by and between the parties hereby finds that good cause exists and hereby orders that:

The April 14, 2015 and April 21, 2015 deadlines for filing a joint case management statement and the case management conference, respectively, are continued to __MAY 26, 2015__ and __JUNE 2, 2015__, to be filed with and heard before the United States District Court, located at 280 N. First Street San Jose, CA.

Dated: 4/3/15

_____
Howard R. Lloyd
Magistrate Judge