UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GAWF

        Plaintiff,

   v.

COUNTY OF SAN BENITO, et al.,

        Defendants.

Case No. 12-cv-00220-HRL (ADR)

**ORDER RE: ATTENDANCE AT ENE**

Date: August 28, 2015
ENE Evaluator: David Levy

     IT IS HEREBY ORDERED that the request to excuse defendant Kip Bowen, and San Benito County Counsel Matthew Granger from participating in the August 28, 2015, ENE before David Levy is GRANTED.

     **IT IS SO ORDERED**.

Dated: August 21, 2015

_____
Maria-Elena James
United States Magistrate Judge